**638**

■ In the Matter of the Claim of WILLIAM BURSTON, Respondent, v. BERNARD M. FRIEDMAN, Doing Business as ROSENBERG'S BARRELL AND DRUM COMPANY, Appellant, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from a decision of the Workmen's Compensation Board, filed June 24, 1970, which found that the employer was not insured on the date of the accident, the workmen's compensation insurance policy issued to the employer by the State Insurance Fund having been previously canceled within the provisions of subdivision 5 of section 54 of the Workmen's Compensation Law. Decision affirmed, without costs. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.